**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MEREDITH LEE,

     Plaintiff,

v.                                      Case No. 3:26-cv-603-TJC-SJH

WALMART STORES EAST LP,

     Defendant.

---

## O R D E R

Under 28 U.S.C. § 1332(a), a district court's proper exercise of diversity jurisdiction requires that parties have complete diversity of citizenship and the amount in controversy exceed $75,000. See Univ. of S. Ala. v. Am. Tobacco Co., 168 F.3d 405, 410–12 (11th Cir. 1999). When a case is removed to federal court, it is the defendant's burden to demonstrate, by a preponderance of the evidence, that the amount in controversy satisfies the jurisdictional threshold. Williams v. Best Buy Co., Inc., 269 F.3d 1316, 1319 (11th Cir. 2001); Friedman v. N.Y. Life Ins. Co., 410 F.3d 1350, 1353 (11th Cir. 2005) (internal citation omitted).

On two separate occasions, the Court directed Defendant Walmart to file jurisdictional supplements regarding the amount in controversy. (Docs. 8, 19). On July 6, 2026, Defendant Walmart filed a responsive notice requesting the Court remand the case to state court because "based on the amount of expenses

to the best of the Defendant's knowledge, produced in other paper by the Plaintiff, the Plaintiff's expenses are under $75,000." (Doc. 21 at 2). Although it voluntarily requests remand, Defendant Walmart seeks to "retain[] its right to remove within the statutory timeline should additional records be provided[.]" (Id.). Accordingly, it is hereby

**ORDERED:**

This case is **REMANDED** to the Seventh Judicial Circuit Court in and for St. Johns County, Florida. Defendant Walmart Stores East LP may remove the case again within the timeline provided by 28 U.S.C. § 1446 only if it receives additional records proving the amount in controversy exceeds the jurisdictional threshold by a preponderance of the evidence. Following remand, the Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of July, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

hms
Copies:

Counsel of record
Clerk, Seventh Judicial Circuit Court, St. Johns County, Florida

2